## AFFIDAVIT

I, DEA Special Agent Keon J. Hemerlein, being duly sworn, depose and say the following:

## INTRODUCTION

1.  Your Affiant submits this affidavit in support of a criminal complaint and arrest warrant charging Derek MOUNTZ with Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, section 841(a)(1) and (b)(1)(B).

## AGENT'S BACKGROUND

2.  I am a Special Agent with the Drug Enforcement Administration (DEA) and have been since November 2024. Prior to my employment with the DEA, I was employed as a Police Officer with the City of Brunswick, OH for approximately 1 year and the City of Solon, OH for approximately 5 years. I have completed the 16-week DEA Basic Agent Training (BAT) course in Quantico, Virginia. As part of the BAT course, I have received training in narcotic investigations, narcotic interdiction, identification of narcotics, search and seizure issues, preparing search warrants, surveillance techniques, preparation and execution of narcotic search warrants, debriefing of defendants, witnesses, and cooperating sources. I have also graduated from the Cleveland Heights Police Academy, where I obtained my Ohio Peace Officer Training Certificate and training related to narcotics investigations.

3.  I have been involved in multiple narcotics-related arrests, have executed search warrants, and seized narcotics and dangerous drugs. I have supervised the activities of informants and cooperating witnesses who have provided information and

1

assistance resulting in drug buys, searches, and arrests. Based on the above experience, I am familiar with the *modus operandi* of persons involved in the illicit distribution of controlled substances, as well as the terminology used by persons involved in the illicit distribution of controlled substances. I am aware that persons involved in the illicit distribution of controlled substances nearly always attempt to conceal their identities and the locations at which drug transactions take place. I know that individuals engaged in organized drug distribution and sales often maintain records of those sales and maintain extensive contacts with persons from whom they receive drugs and to whom they distribute drugs. It is likewise essential that such organized groups meet to formulate plans concerning narcotics or other illegal activities, and to divide their illegal proceeds.

4.   I have also received training in the identification of narcotics, search and seizure issues, and preparing search warrants. I have had experience in surveillance techniques, investigating narcotic and criminal cases, including the preparation and execution of narcotic and other criminal case search warrants and debriefing of defendants, witnesses, cooperating sources and other persons who have personal knowledge of narcotics and criminal violations. I have been involved in narcotic related arrests and executed search warrants, which resulted in the seizure of narcotics, and supervised the activities of informants who have provided information and assistance resulting in narcotic purchases. I have questioned suspects, debriefed informants and have conferred with other officers and prosecuting attorneys, and as a result have gained experience in investigating drug trafficking organizations. On a regular basis, I review law enforcement bulletins and intelligence reports regarding narcotic trafficking and smuggling and remain in communication with counterparts in order to keep up to date

with modern techniques and trends used by narcotic traffickers in the domestic and international arena.

## PROBABLE CAUSE

5.   On June 24, 2026, Portage County Sheriff's Office (PCSO) Deputy Diemert observed a silver Nissan Versa (Maryland registration 07277DR) traveling eastbound on IR 80 near the 197-mile marker. Deputy Diemert observed the vehicle commit multiple traffic violations. Based on these violations, Deputy Diemert initiated a traffic stop. The driver was identified as Derek MOUNTZ (MOUNTZ), and the front-seat passenger was identified as Terry DEWITT (DEWITT). Deputy Diemert asked for consent to search the vehicle; MOUNTZ consented. Deputies requested DEWITT and MOUNTZ exit the vehicle to conduct the search.

6.   During the search, deputies located five separately packaged, clear vacuum-sealed bags containing one pound each of a crystal-like substance consistent with Methamphetamine beneath the front passenger seat. Three of the bags were inside a grocery bag and two were loose on the floorboard. One of the bags had a small tear, which allowed deputies to conduct a field test of the substance. The substance field tested positive for Methamphetamine using a Methamphetamine field test kit.

7.   The suspected methamphetamine was weighed at the Portage County Sheriff's Office for a total weight of approximately 2,220.31 grams.

8.   Following the discovery of the suspected methamphetamine, MOUNTZ and DEWITT were immediately detained in handcuffs and advised of their Miranda Warnings. Both individuals stated that they understood their rights. MOUNTZ admitted that he had rented the vehicle for the purpose of transporting Methamphetamine from Cleveland, Ohio, to Pennsylvania. MOUNTZ stated that he was being paid $1,000 to transport narcotics and

3

intended to give DEWITT approximately $200 to $300 to accompany him on the trip. The front seat passenger, DEWITT, refused to provide any information regarding the incident and denied knowledge of narcotics.

## CONCLUSION

9. Based on the above, there is probable cause to believe that Derek MOUNTZ has committed the offense of Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii). Affiant, therefore, requests that this Court issue criminal complaints and arrest warrants for Derek MOUNTZ.

_____
Keon J. Hemerlein
Special Agent
Drug Enforcement Administration


Sworn to via telephone on this 25th day of June, 2026 after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1

Carmen Henderson
U.S. Magistrate Judge